1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for NELDA ASUNCION

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10 THE UNITED STATES OF AMERICA,        )   No. CR-08-0477 DLJ
                                        )
11        Plaintiff,                    )   STIPULATION AND
                                        )   [PROPOSED] ORDER FOR
12 vs.                                  )   PERMISSION TO TRAVEL
                                        )   OUT OF NORTHERN DISTRICT
13 NELDA ASUNCION,                      )
                                        )
14        Defendant.                    )
                                        )
15 _____)

16        The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and Assistant

17 United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant, Nelda Asuncion,

18 be permitted to travel out of the Northern District on September 27, 2008 by car and  return on September

19 28,  2008 in order to attend  the wedding of  a close family friend, Auden Rodriguez, in Ceres, (Stanislaus

20 County) California.  The wedding will be at Evanshire Gardens, 1748 Evans Road, Ceres, CA. on

21 September 27, 2008 at 3 p.m. and the reception will be at El Marinero Mexican Restaurant, 1239 Crows

22 Landing Road, Modesto, CA 95351. Ms. Asuncion will be with her husband, Ernesto Asuncion during

23 these two days and will stay at a motel/hotel in Modesto on the night of September 27, 2008.

24        The defendant is currently in compliance with the conditions of her pre-trial release.  United States

25 Pre-Service Officer Victoria Gibson was informed of this request and she has no objections.  All other

26 release conditions to remain unchanged.

27        On September 24, 2008, Assistant U.S. Attorney Deborah R. Douglas, the prosecutor in this case,

28 informed counsel that she has no objection to this request.

For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to travel out of the Northern District to Stanislaus County on September 27, 2008 and return on September 28, 2008.

.

IT IS SO STIPULATED:

Dated: September 24, 2008        /s/Deborah R. Douglas
                                 DEBORAH R. DOUGLAS
                                 Assistant United States Attorney

Dated: September 24, 2008        /s/Deborah G. Levine
                                 DEBORAH G. LEVINE
                                 Attorney for Thomas Green

**[~~PROPOSED~~] ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA ON SEPTEMBER 27, 2008 AND RETURN ON SEPTEMBER 28, 2008 TO ATTEND THE WEDDING OF AUDEN RODRIGUEZ IN CERES, CALIFORNIA. ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated: September 26, 2008        GRANTED
                                 /s/ Wayne D. Brazil
                                 Judge Wayne D. Brazil
                                 UNITED STATES MAGISTRATE JUDGE