1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for NELDA ASUNCION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-08-0477 DLJ |
| Plaintiff, | STIPULATION AND ORDER FOR PERMISSION TO TRAVEL |
| vs. | OUT OF NORTHERN DISTRICT |
| NELDA ASUNCION, | |
| Defendant. | |

The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant, Nelda Asuncion, be permitted to travel out of the Northern District on or about November 17, 2008 and return on or about January 15, 2009 to visit her son, Ernel Asuncion, his wife, Melinda Matta Asuncion, and her grandchildren and other relatives near Chicago, Illinois.  Her husband Ernesto Asuncion will be traveling with her.  She will be staying at three different locations: at the home of her son,  at 620 Ridge Rd., Wilamette, IL 60091, at the home of  her daughter in-law's parents, and at the home of Lodie Asuncion Pamintuan.

The defendant is currently in compliance with the conditions of her pre-trial release.  United States Pre-Trial Service Officer Hence Williams was informed of these travel plans and he has no objection as long as Mrs. Asuncion continues to remain in contact by telephone with pre trial services as required.  All other release conditions to remain unchanged.

For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to

travel out of the Northern District of California to Chicago, Illinois on or about November 17, 2008 and return on or about January 15, 2009.

.

IT IS SO STIPULATED:

Dated: November 14, 2008        /s/ Deborah R. Douglas
                                DEBORAH R. DOUGLAS
                                Assistant United States Attorney

Dated: November 14, 2008        /s/ Deborah G. Levine
                                DEBORAH G. LEVINE
                                Attorney for Nelda Asuncion

**ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA ON OR ABOUT NOVEMBER 17, 2008 AND RETURN NO LATER THAN JANUARY 15, 2009 TO VISIT HER SON, GRANDCHILDREN AND OTHER RELATIVES NEAR CHICAGO, ILLINOIS. ALL TRAVEL DETAILS SHALL BE PROVIDED TO PRE TRIAL SERVICES BEFORE LEAVING THE NORTHERN DISTRICT.  ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated:   November 14, 2008                    /s/ Wayne D. Brazil
                                              WAYNE D. BRAZIL
                                              UNITED STATES MAGISTRATE JUDGE