1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for NELDA ASUNCION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | **No. CR-08-0477 DLJ** |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER FOR |
| vs. ) | PERMISSION TO TRAVEL |
| ) | OUT OF NORTHERN DISTRICT |
| NELDA ASUNCION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant, Nelda Asuncion, be permitted to travel out of the Northern District to San Joaquin County, where she has family, with prior approval of pre trial services but without the need for further court order.

   The defendant is currently in compliance with the conditions of her pre-trial release. United States Pre-Trial Service Officer Paul Mamaril has suggested this modification of prior orders in order to allow Mrs. Asuncion to visit family members who live in San Joaquin County without the need of court orders. All other release conditions to remain unchanged.

   For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to travel out of the Northern District of California to San Joaquin County, California with prior pre trial services approval but without the need of further court order.

///

///

IT IS SO STIPULATED:

Dated: January 30, 2009                    /s/ Deborah R. Douglas
                                           DEBORAH R. DOUGLAS
                                           Assistant United States Attorney

Dated: January 30, 2009                    /s/ Deborah G. Levine
                                           DEBORAH G. LEVINE
                                           Attorney for Nelda Asuncion

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA TO SAN JOAQUIN COUNTY WITH PRIOR APPROVAL OF PRE TRIAL SERVICES BUT WITHOUT THE NEED FOR ADDITIONAL COURT ORDER. THIS MODIFICATION OF HER CONDITIONS OF PRE TRIAL RELEASE IS BEING ORDERED SO THAT NELDA ASUNCION CAN MORE EASILY VISIT FAMILY MEMBERS WITHOUT FURTHER COURT ORDER. ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated: January 30, 2009                    _____
                                           WAYNE D. BRAZIL
                                           UNITED STATES MAGISTRATE JUDGE