1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for NELDA ASUNCION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-08-0477 DLJ |
| Plaintiff, | STIPULATION AND ORDER FOR |
| vs. | PERMISSION TO TRAVEL OUT OF NORTHERN DISTRICT |
| NELDA ASUNCION, | |
| Defendant. | |

The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant, Nelda Asuncion, be permitted to travel out of the Northern District to Solano County, where she and her husband have privileges to make purchases at the commissary and Navy exchange at Travis Air Force Base in Fairfield, California (Solano county)(primarily food and medicine) because Ernesto Asuncion (Nelda's husband) is retired from the United States Navy [E6 rank].  In addition, the current release order for Mrs. Asuncion requires that she seek and/or maintain employment.  Mrs. Asuncion is sixty-five years old and now receives social security.  Pre trial services officer Paul Mamaril  requested that the employment condition be deleted as a condition of pre trial release for this reason.

The defendant is currently in compliance with the conditions of her pre-trial release.  United States Pre-Trial Service Officer Paul Mamaril agrees to this modification of prior orders in order to allow Mrs. Asuncion to use the military commissary in Solano County without the need of court

1  orders. All other release conditions to remain unchanged except the employment condition which
2  pre trial services requests be deleted.
3      For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to
4  travel out of the Northern District of California to Solano County, California with prior pre trial
5  services approval but without the need of further court order and that the condition which requires
6  Nelda Asuncion to seek and/or maintain employment be deleted.
7  ///
8  ///

IT IS SO STIPULATED:

10  Dated: April 7, 2009          /s/ Deborah R. Douglas
11                                    DEBORAH R. DOUGLAS
                                  Assistant United States Attorney

12  Dated: April 7, 2009          /s/ Deborah G. Levine
13                                    DEBORAH G. LEVINE
14                                    Attorney for Nelda Asuncion

16  **ORDER**

18  UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT
19  HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF THE NORTHERN
20  DISTRICT OF CALIFORNIA TO SOLANO COUNTY WITH PRIOR APPROVAL OF PRE TRIAL
21  SERVICES BUT WITHOUT THE NEED FOR ADDITIONAL COURT ORDER. IN ADDITION,
22  THE CONDITION OF PRE TRIAL RELEASE WHICH REQUIRES THAT MRS. ASUNCION
23  SEEK AND/OR MAINTAIN EMPLOYMENT IS HEREBY DELETED. THESE
24  MODIFICATIONS OF CONDITIONS OF PRE TRIAL RELEASE ARE BEING ORDERED SO
25  THAT NELDA ASUNCION CAN USE THE COMMISSARY PRIVILEGES SHE IS AFFORDED
26  AS THE SPOUSE OF RETIRED MILITARY PERSONNEL WITHOUT FURTHER COURT

1  ORDER AND SO SHE IS NO LONGER REQUIRED TO SEEK EMPLOYMENT. ALL OTHER
2  RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated: April 9, 2009

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE