1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for NELDA ASUNCION

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10 THE UNITED STATES OF AMERICA,          )   **No. CR-08-0477 DLJ**
                                          )
11        Plaintiff,                       )   STIPULATION AND
                                          )   ORDER FOR
12 vs.                                     )   PERMISSION TO TRAVEL
                                          )   OUT OF NORTHERN DISTRICT
13 NELDA ASUNCION,                         )
                                          )
14        Defendant.                       )
   _____ )

15

16      The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and

17 Assistant United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant,

18 Nelda Asuncion, be permitted to travel out of the Northern District to Sacramento, California in the

19 Eastern District of California, where she and her husband have family members who they regularly

20 visit.  It is further stipulated that Defendant, Nelda Asuncion, be permitted to travel out of the

21 Northern District on or about August 9, 2009 and  return on or about September 9, 2009 to visit her

22 son, Ernel Asuncion, his wife, Melinda Matta Asuncion, and her grandchildren and other relatives

23 near Chicago, Illinois.  Her husband Ernesto Asuncion will be traveling with her.  She will be staying

24 at the home of her son,  at 303 East Wilshire Dr., Wilmette, IL 60091.        The defendant is currently

25 in compliance with the conditions of her pre-trial release.  United States Pre-Trial Service Officer

26 Paul Mamaril agrees to this modification of prior orders in order to allow Mrs. Asuncion to visit

27 family in Sacramento without need for further court order and to take a trip to Chicago, Illinois to

28 visit her son.  All other release conditions to remain unchanged.

1   For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to

2   travel out of the Northern District of California to Sacramento, California with prior pre trial services

3   approval but without the need of further court order and that she be permitted to travel to Chicago,

4   Illinois from August 9, 2009 and return on September 9, 2009 as long as she provides her travel

5   details to pre trial services in advance of the trip.

6   IT IS SO STIPULATED:

7   Dated: July 29, 2009                        /s/ Deborah R. Douglas
                                                        DEBORAH R. DOUGLAS
8                                                       Assistant United States Attorney

9
    Dated: July 29, 2009                        /s/ Deborah G. Levine
10                                                      DEBORAH G. LEVINE
                                                        Attorney for Nelda Asuncion
11

12

13                                          **ORDER**

14

15

16  UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT

17  HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF  THE NORTHERN

18  DISTRICT OF CALIFORNIA TO SACRAMENTO, CALIFORNIA WITH PRIOR APPROVAL OF

19  PRE TRIAL SERVICES BUT WITHOUT THE NEED FOR ADDITIONAL COURT ORDER.  THE

20  COURT ALSO HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF  THE

21  NORTHERN DISTRICT OF CALIFORNIA TO WILMETTE, ILLINOIS ON OR ABOUT AUGUST

22
23  9, 2009 AND RETURN NO LATER THAN SEPTEMBER 9, 2009 TO VISIT HER SON,

24  GRANDCHILDREN AND OTHER RELATIVES NEAR CHICAGO, ILLINOIS.  ALL TRAVEL

25  DETAILS SHALL BE PROVIDED TO PRE TRIAL SERVICES BEFORE LEAVING THE

26  NORTHERN DISTRICT.   THESE MODIFICATIONS OF CONDITIONS OF PRE TRIAL

27
28  RELEASE ARE BEING ORDERED SO THAT NELDA ASUNCION CAN VISIT FAMILY

MEMBERS IN SACRAMENTO WITHOUT FURTHER COURT ORDER AND VISIT HER SON

AND HIS FAMILY IN CHICAGO, ILLINOIS FROM AUGUST 9, 2009 AND SEPTEMBER 9,

2009.  ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated:  August 3, 2009

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE