DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925)933-5297

Attorney for NELDA ASUNCION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>     )<br>Plaintiff, )<br>     )<br>vs. )<br>     )<br>NELDA ASUNCION, )<br>     )<br>Defendant. )<br>_____ ) | **No. CR-08-0477 DLJ**<br><br>STIPULATION AND<br>[PROPOSED] ORDER FOR<br>PERMISSION TO TRAVEL<br>OUT OF NORTHERN DISTRICT |

   The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and Assistant United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant, Nelda Asuncion, be permitted to travel out of the Northern District on or about August 8, 2010 and return on or about August 22, 2010 to visit her son, Ernel Asuncion and her grandchildren and other relatives near Chicago, Illinois in Evanston, Illinois. She will be staying at the home of her son, at 1135 Maple Ave., Unit G, Evanston, Illinois 60202.

   The defendant is currently in compliance with the conditions of her pre-trial release. United States Pre-Trial Service Officer Tim Elder was informed of these travel plans and he has no objection as long as Mrs. Asuncion provides details of her travel plans and continues to remain in contact by telephone with pre trial services as required. All other release conditions to remain unchanged.

   For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to travel out of the Northern District of California to Evanston, Illinois near Chicago, Illinois on or about August 8, 2010 and return on or about August 22, 2010, 2009.

.

IT IS SO STIPULATED:

Dated: July 6, 2010                                  /s/ Deborah R. Douglas
                                                     DEBORAH R. DOUGLAS
                                                     Assistant United States Attorney

Dated: July 6, 2010                                  /s/ Deborah G. Levine
                                                     DEBORAH G. LEVINE
                                                     Attorney for Nelda Asuncion


### [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA ON OR ABOUT AUGUST 8, 2010 AND RETURN NO LATER THAN AUGUST 22, 2010 TO VISIT HER SON AND GRANDCHILDREN IN EVANSTON, ILLINOIS (CHICAGO). ALL TRAVEL DETAILS SHALL BE PROVIDED TO PRE TRIAL SERVICES BEFORE LEAVING THE NORTHERN DISTRICT. ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated: July 13, 2010                                 _____
                                                     LAUREL BEELER
                                                     U.S. MAGISTRATE JUDGE