1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for NELDA ASUNCION

6

                    **UNITED STATES DISTRICT COURT**
7
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
                            **OAKLAND DIVISION**
9

10 THE UNITED STATES OF AMERICA,    )   **No. CR-08-0477 DLJ**
                                    )
11         Plaintiff,                )   AMENDED STIPULATION AND
                                    )   [~~PROPOSED~~] ORDER FOR
12 vs.                              )   PERMISSION TO TRAVEL
                                    )   OUT OF NORTHERN DISTRICT
13 NELDA ASUNCION,                  )    (NEW DATES: 3/21/12 TO 4/7/12)
                                    )
14         Defendant.                )
                                    )
15 _____ )

16     The Defendant NELDA ASUNCION, through her counsel, DEBORAH G. LEVINE and

17 Assistant United States Attorney, DEBORAH R. DOUGLAS, do hereby stipulate that Defendant,

18 Nelda Asuncion, be permitted to travel out of the Northern District on or about MARCH 21, 2012

19 and  return on or about APRIL 7, 2012 to visit her son, Ernel Asuncion and her grandchildren and

20 other relatives near Chicago, Illinois in Evanston, Illinois.  She will be staying at the home of her son,

21 at 2907 Central Street Apt #2,Evanston,IL 60201.

22     The defendant is currently in compliance with the conditions of her pre-trial release.  United

23 States Pre-Trial Service Officer Rachelle Brachemonte was informed of these travel plans and he has

24 no objection as long as Mrs. Asuncion provides details of her travel plans and continues to remain

25 in contact by telephone with pre trial services as required.  All other release conditions to remain

26 unchanged.

27     For the forgoing reasons, the parties stipulate and agree that Nelda Asuncion be permitted to

28 travel out of the Northern District of California to Evanston, Illinois near Chicago, Illinois on or

about March 21, 2012 and return on or about April 7, 2012.

.

IT IS SO STIPULATED:

Dated: March 9, 2012     /s/ Deborah R. Douglas
                         DEBORAH R. DOUGLAS
                         Assistant United States Attorney

Dated: March 9, 2012     /s/ Deborah G. Levine
                         DEBORAH G. LEVINE
                         Attorney for Nelda Asuncion

**[PROPOSED] ORDER**

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES NELDA ASUNCION TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA ON OR ABOUT MARCH 21, 2012 AND RETURN NO LATER THAN APRIL 7, 2012 TO VISIT HER SON AND GRANDCHILDREN IN EVANSTON, ILLINOIS (CHICAGO). ALL TRAVEL DETAILS SHALL BE PROVIDED TO PRE TRIAL SERVICES BEFORE LEAVING THE NORTHERN DISTRICT. ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated: 3/20/2012

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Donna M. Ryu